UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Eric Wong,                                                       Case No. 14-CV-3334-RHK-TNL

     Plaintiff,

v.

Muddy Pig, Inc., St. Paul
Development Corporation,

     Defendants.
_____

## NOTICE OF APPEARANCE OF COUNSEL
_____

The undersigned attorney hereby notifies the Court and counsel that Brooke C. Nelson shall appear as counsel of record for Muddy Pig, Inc. in the above-entitled matter along with Jack E. Pierce and Mercedes A Gustafson.

                                        **BERNICK LIFSON, P.A.**

Dated:  April 28, 2015                s/Brooke C. Nelson
                                        Jack E. Pierce, #250557
                                        Mercedes A. Gustafson, #327761
                                        Brooke C. Nelson #387959
                                        5500 Wayzata Boulevard, Suite 1200
                                        Minneapolis, MN 55416
                                        (763) 546-1200
                                        jpierce@bernicklifson.com
                                        mgustafson@bernicklifson.com
                                        bnelson@bernicklifson.com

                                        *Attorneys for Defendant Muddy Pig*